

```
                    LAW OFFICES
                DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
                   (212) 481-9350
                TELECOPIER (212) 571-5507
```

May 25, 2021

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Christopher Ponce DeAquino
            18 Cr. 735 (KPF)

Dear Judge Failla:

      I am CJA counsel for Christopher Ponce DeAquino in the above-captioned case. I am writing in response to Your Honor's Order of March 23 to inform the Court that the defense *will* be requesting an in-person sentencing proceeding.

      In addition, I am respectfully requesting an adjournment of sentencing until late July 2021 (or to any date thereafter that is convenient to the court), in order for DeAquino to become fully vaccinated against COVID-19 before he travels from California to New York. I have spoken with Assistant U.S. Attorney Justin V. Rodriguez and the government does not object to this request for an adjournment.

      Please have your chambers contact my office if you have any questions.

                                                               Respectfully submitted,

                                                               /s/
                                                               David S. Greenfield

Application GRANTED.  The sentencing scheduled for June 15, 2021, is hereby ADJOURNED to July 27, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The opening sentencing submission shall be due on or by July 13, 2021, and the response shall be due on or by July 20, 2021.

Dated:     May 25, 2021          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE