UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    **TRANSPORTATION ORDER** |
| - against - | |
| | :    18 Cr. 735 (KPF) |
| CHRISTOPHER PONCE DEAQUINO | |

------------------------------------------------------------X

Upon the application of Christopher Ponce DeAquino, by his attorney David S. Greenfield, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Christopher Ponce DeAquino with funds to cover the cost of travel between Ontario, California and New York, New York for his sentencing on July 27, 2021. It is ordered that Mr. DeAquino's flight from Ontario, California depart after 9:00 p.m. on July 26, 2021 and arrive no later than 9:00 a.m. on July 27, 2021. It is ordered that Mr. DeAquino's return flight from New York, New York depart after 8:00 p.m. on July 27, 2021.

**ORDERED,** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:    July 14, 2021
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE